**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>John Michael Licursi<br>Susan Annette Licursi<br><br>Debtor(s). | Case No.: 1:10-bk-26168-GM<br><br>Chapter 11<br><br>**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION AND COSTS OF FORMER DEBTOR COUNSEL GERALD WOLFE**<br><br>Date: July 9, 2013<br>Time: 10:00 a.m.<br>Courtroom: 303 |

FILED & ENTERED

JUL 09 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Harraway DEPUTY CLERK

On July 9, 2013 at 10:00 a.m. in Courtroom 303 there was a continued hearing regarding the Final application for compensation of fees and costs of former debtor counsel Gerald Wolfe.

For reasons stated on the record at the continued hearing, fees in the amount of $29,907.50 are allowed on a Final basis and costs of $30.00 are allowed. The sum of $10,500.00 has already been paid, leaving a balance of $19,437.00.

The sum of $19,437.00 and costs of $30.00 shall be considered an administrative claim in the above Chapter 11 bankruptcy case.

###

Date: July 9, 2013

_____
Geraldine Mund
United States Bankruptcy Judge

-1-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): )_ **ORDER GRANTING FINAL APPLICATION FOR COMPENSATION AND COSTS OF FORMER DEBTOR COUNSEL GERALD WOLFE**
_____
was entered on the date indicated as ΑEntered≅ on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Β Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*)__July 9, 2013 _____, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Brielyn S Atwater    bknotice@mccarthyholthus.com
- Brandye Foreman    bforeman@mclaw.org
- Dolores Garcia    dgarcia@portfoliorecovery.com
- Margaret E Garms    margaret@parkinsonphinney.com
- Brian M Grossman    bmg@bgrolaw.com
- Ofer M Grossman    omglaw@gmail.com
- Thomas E Kent    tekesq@gmail.com, tkent@tkentlaw.com;kshin@tkentlaw.com;vramirez@tkentlaw.com
- Paul H Kim    Pkim@counsel.lacounty.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- Christina J O    christinao@mclaw.org
- Donna T Parkinson    donna@parkinsonphinney.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Steven M. Roth    steven.m.roth@irscounsel.treas.gov
- Link W Schrader    lschrader@schrader-law.com
- Kelly Ann M Tran    ktran@mulvaneybarry.com, lbrayton@mulvaneybarry.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Edward T Weber    bknotice@rcolegal.com
- Gilbert B Weisman    notices@becket-lee.com
- Gerald Wolfe - SUSPENDED -    gerald@gwesq.com, ecf.gwesq@gmail.com
- Angella D Yates    ayates@buchalter.com, smartin@buchalter.com;IFS_filing@buchalter.com

☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

John and Susan Licursi
17442 Candia Street
Granada Hills, CA 91344

Gerald Wolfe
19600 Fairchild Road Suite 295
Irvine, CA 92656

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page